Mark Mausert, Esq., Bar No. 2398
930 Evans Avenue
Reno, NV 89512
(775) 786-5477
*Attorney for Plaintiff*

Sheri Schwartz, Esq.,
Lewis Brisbios Bisgard
400 South Fourth Street, #500
Las Vegas, NV 89101
(702) 893-3383
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

GARY STEPHENS,

        Plaintiff,

        vs.

BLUEGRASS BARS, LLC.
FORWARD FOODS, LLC
and DOES I-X,

        Defendant.

_____/

**Case No. CV-N-07-0501**

**STIPULATION TO EXTEND
TIME FOR STATUS CONFERENCE**

    COME NOW, Plaintiff and Defendant, by and through their respective counsel, and hereby stipulate and agree to an extension of time up to and including January 30, 2008. Plaintiff and Defendant have reached a settlement agreement and the only delay is acquiring signatures of all parties involved.

    DATED this 22nd day of January, 2008.

_____
MARK MAUSERT, ESQ.
*Attorney for Plaintiff*

           /s/
_____
SHERI SCHWARTZ, ESQ.
*Attorney for Defendant*

    IT IS SO ORDERED this 23rd day of January, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE